No. 75–820.   CAMIL, CITY ATTORNEY OF DUARTE *v.* SU-PERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (BUENA VISTA CINEMA ET AL., REAL PARTIES IN INTEREST).   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75–830.   BROOKSIDE CORP., INC. *v.* INTERNATIONAL HARVESTER Co., INC.   C. A. 5th Cir.   Certiorari denied.

No. 75–860.   WARNER PRESS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 75–916.   MEIER *v.* KELLER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 75–932.   CITY OF GLENDALE *v.* GLENDALE CITY EMPLOYEES ASSN., INC., ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 75–943.   INTERNATIONAL AIR INDUSTRIES, INC., ET AL. *v.* AMERICAN EXCELSIOR Co.   C. A. 5th Cir.   Certiorari denied.

No. 75–944.   WILLIAMS *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 75–971.   SIMPSON *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 75–979.   ADKINS, ADMINISTRATRIX *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 75–987.   KESTENBAUM *v.* FALSTAFF BREWING CORP.   C. A. 5th Cir.   Certiorari denied.